UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――x
JESSICA KARIM, on behalf of herself and all
Others similarly situated,

        Plaintiffs,

  -against-

POWER SYSTEMS (PS), LLC,

        Defendant.
―――――――――――――――――――――x

Civil Action No. 1:24-cv-2622

**NOTICE OF VOLUNTARY DISMISSAL**



Plaintiff Jessica Karim, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss this action with prejudice.

Dated: July 12, 2024

By: *Gabriel Levy*

Gabriel A. Levy, Esq.
   *Attorney for Plaintiff*
Gabriel A. Levy, P.C.
1129 Northern Blvd, Ste 404
Manhasset, NY 11030
T: 347-941-4715
Glevy@glpcfirm.com

Dated: July 15, 2024
      New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE